IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL M. FARRAR,                              06-CV-442-JE

        Plaintiff,                        ORDER

v.

CITY OF ASTORIA, STEPHEN
WINSTEAD, and WINSTEAD AND
ASSOCIATES,

        Defendants.


**DAVID C. FORCE**
96 E. Broadway, Suite 2
P.O. Box 10972
Eugene, OR 97440
(541) 343-2956

        Attorney for Plaintiff

**GERALD L. WARREN**
280 Liberty Street SE, Suite 206
Salem, OR  97301
(503) 480-7252

        Attorney for Defendants

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#40) on December 29, 2006, in which he recommended this Court grant Defendants' Motion for Summary Judgment (#25). Plaintiff Paul M. Farrar filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has reviewed the record *de novo,* including Plaintiff's objections, and concludes the Magistrate Judge properly found (1) Plaintiff's substantive due-process claim is preempted by the Fifth Amendment takings clause and is not ripe; (2) Defendants did not deny Plaintiff equal protection; (3) there is not any evidence in the record of a final decision by Defendants as to Plaintiff's application for a building permit, and, therefore, Defendants are entitled to summary judgment on Plaintiff's state-law claim for breach of a duty to provide a

2 - ORDER

building permit; and (4) the Court should dismiss Plaintiff's state common-law claim with prejudice.  The Court does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#40).  Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment (#25).

IT IS SO ORDERED.

DATED this 9th day of March, 2007.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER